IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN RAYMO and
HEATHER RAYMO                                                    PLAINTIFFS

v.                          No. 4:13-cv-697-DPM

MERCK SHARP & DOHME CORP.;
SANOFI PASTEUR INC.; VAXSERVE
INC.; and GLAXOSMITHKLINE LLC                                    DEFENDANTS

### ORDER

Despite the Court's and the parties' best efforts, attempts to set a hearing on the pending motions to dismiss have been unsuccessful. Unless some party requests some other form of relief by 28 March 2014, the Court will rule on the motions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2014