IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN RAYMO and
HEATHER RAYMO                                                      PLAINTIFFS

v.                              No. 4:13-cv-697-DPM

MERCK SHARP & DOHME CORP.;
SANOFI PASTEUR INC.; VAXSERVE
INC.; and GLAXOSMITHKLINE LLC                                      DEFENDANTS

## ORDER

Joint motion to stay, № 35, granted as modified. The motions to dismiss, № 9 & № 14, are denied without prejudice. The case is administratively terminated. After the Vaccine Court proceeding is complete, any party may move to reopen this case and lift the stay. If no one so moves by 31 March 2016, the Court will reopen the case and dismiss it without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2014